UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE BROOKS,

        Plaintiff,

  v.

LEGISLATIVE BILL ROOM et al,

        Defendant.

Case Number: CV09-05312 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charlie E. Brooks J-81364
Pelican Bay State Prison
B-5-115
P.O. Box 7500
Crescent City, CA 95531

Dated: February 10, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk